IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KALYN KLEMPIN**                                                                                       **PLAINTIFF**

**v.**                              **Case No. 4:15-cv-00393 KGB**

**CAVALRY SPV I, LLC**                                                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Kalyn Klempin's motion to dismiss with prejudice (Dkt. No. 4). Ms. Klempin states that the parties have settled this action. The Court grants Ms. Klempin's motion to dismiss and hereby dismisses with prejudice this action.

SO ORDERED this 10th day of July, 2015.

_____
Kristine G. Baker
United States District Judge